■ DANIEL CERRONE, JR., an Infant, by His Guardian ad Litem, DANIEL A. CERRONE, SR., et al., Appellants, v. ATLANTIC OIL BURNER CORP. et al., Respondents.— Action to recover damages for personal injuries alleged to have been sustained by the infant appellant when he was struck by respondents' motor vehicle, and by the infant's father for medical expenses and loss of services. The appeal is from a judgment in favor of respondents entered on the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ VINCENT CODELLA, Respondent, v. WILLIAM MURRAY, Doing Business as MURRAY AUTO SALES, Defendant, and MURRAY AUTO SALES, INC., Appellant. — Appeal from so much of an interlocutory judgment as (1) reforms a written contract entered into with respondent, as an employee, so as to have the contract recite that appellant, and not the defendant, was the contracting employer; (2) directs appellant to account to respondent for profits to which he is entitled under said agreement; and (3) refers the matter of taking and stating the account to a referee. Interlocutory judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.